**Fill in this information to identify the case:**

Debtor 1  Evelyn J Connor

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: **Eastern**   District of **NY**
(State)

Case number  **13-46751**

Form 4100R

# Response to Notice of Final Cure Payment   10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:   Mortgage Information

Name of   creditor:  **New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing**

Court claim no: (if known)

Last 4 digits of any number you use to identify the debtor's account:   **2960**   **7**

Property address:   Number   Street
**12001 235th St**
**Jamaica, NY 11411**
City   State   ZIP Code

## Part 2:   Prepetition Default Payments

*Check one:*

[✔] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3:   Postpetition Mortgage Payment

*Check one:*

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/___
MM / DD / YYYY

[✔] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due:   (a) $ 31,618.26

b.   Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c.   **Total.** Add lines a and b.   (c) $ 31,618.26

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   **11/01/17**
MM / DD / YYYY

| Debtor 1 | Evelyn J Connor | | Case number (if known) | 13-46751 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

---

### Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

### Part 5:    Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**✗** /s/ Carrie Dockter

Signature

Date   12 / 20 / 18

| Print | Carrie | Dockter | Title | Bankruptcy Case Manager |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

Company    Shellpoint Mortgage Servicing

If different from the notice address listed on the proof of claim to which this response applies:

Address    PO Box 10826
Number    Street

Greenville, SC 29603-0826
City    State    ZIP Code

Contact phone  ( 800 ) 365 – 7107        Email  mtgbk@shellpointmtg.com

---

| Post-Petition Due date | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance |
|---|---|---|---|---|---|
| | 12/11/2013 | $ 1,584.41 | | $ 1,584.41 | $ 1,584.41 |
| 12/1/2013 | 1/15/2014 | $ 1,584.41 | $ 1,774.32 | $ (189.91) | $ 1,394.50 |
| 1/1/2014 | 2/19/2014 | $ 1,584.41 | $ 1,774.32 | $ (189.91) | $ 1,204.59 |
| 2/1/2014 | 3/19/2014 | $ 1,584.41 | $ 1,774.32 | $ (189.91) | $ 1,014.68 |
| 3/1/2014 | 4/16/2014 | $ 1,584.41 | $ 1,774.32 | $ (189.91) | $ 824.77 |
| 4/1/2014 | 5/22/2014 | $ 1,584.41 | $ 1,774.32 | $ (189.91) | $ 634.86 |
| 5/1/2014 | 6/18/2014 | $ 1,584.41 | $ 1,774.32 | $ (189.91) | $ 444.95 |
| 6/1/2014 | 7/25/2014 | $ 1,584.41 | $ 1,774.32 | $ (189.91) | $ 255.04 |
| 7/1/2014 | 8/29/2014 | $ 1,584.41 | $ 1,774.32 | $ (189.91) | $ 65.13 |
| | 9/26/2014 | $ 1,584.41 | | $ 1,584.41 | $ 1,649.54 |
| 8/1/2014 | 11/17/2014 | $ 1,584.41 | $ 1,774.32 | $ (189.91) | $ 1,459.63 |
| NSF | 11/24/2014 | $ (1,584.41) | $ (1,774.32) | $ 189.91 | $ 1,649.54 |
| 8/1/2014 | 11/26/2014 | $ 1,584.41 | $ 1,774.32 | $ (189.91) | $ 1,459.63 |
| 9/1/2014 | 12/26/2014 | $ 1,584.41 | $ 1,774.32 | $ (189.91) | $ 1,269.72 |
| 10/1/2014 | 1/30/2015 | $ 1,584.41 | $ 1,774.32 | $ (189.91) | $ 1,079.81 |
| 11/1/2014 | 2/24/2015 | $ 1,584.41 | $ 1,774.32 | $ (189.91) | $ 889.90 |
| 12/1/2014 | 3/25/2015 | $ 1,584.41 | $ 1,774.32 | $ (189.91) | $ 699.99 |
| 1/1/2015 | 5/20/2015 | $ 3,168.82 | $ 1,774.32 | $ 1,394.50 | $ 2,094.49 |
| 2/1/2015 | 6/4/2015 | $ 3,168.82 | $ 1,774.32 | $ 1,394.50 | $ 3,488.99 |
| 3/1/2015 | 7/15/2015 | $ 1,774.32 | $ 1,774.32 | $ - | $ 3,488.99 |
| 4/1/2015 | 8/26/2015 | $ 1,774.34 | $ 1,774.32 | $ 0.02 | $ 3,489.01 |
| 5/1/2015 | 9/28/2015 | $ 1,824.34 | $ 1,774.32 | $ 50.02 | $ 3,539.03 |
| 6/1/2015 | 10/29/2015 | $ 1,824.34 | $ 1,774.32 | $ 50.02 | $ 3,589.05 |
| 7/1/2015 | 12/7/2015 | $ 1,774.34 | $ 1,774.32 | $ 0.02 | $ 3,589.07 |
| 8/1/2015 | 1/22/2016 | $ 1,774.34 | $ 1,774.32 | $ 0.02 | $ 3,589.09 |
| 9/1/2015 | 3/15/2016 | $ 1,774.34 | $ 1,774.32 | $ 0.02 | $ 3,589.11 |
| 10/1/2015 | 5/3/2016 | $ 1,774.34 | $ 1,774.32 | $ 0.02 | $ 3,589.13 |
| 11/1/2015 | 5/25/2016 | $ 1,774.34 | $ 1,935.38 | $ (161.04) | $ 3,428.09 |
| 12/1/2015 | 6/23/2016 | $ 2,138.33 | $ 1,935.38 | $ 202.95 | $ 3,631.04 |
| 1/1/2016 | 8/10/2016 | $ 2,138.33 | $ 1,935.38 | $ 202.95 | $ 3,833.99 |
| 2/1/2016 | 9/26/2016 | $ 2,138.33 | $ 1,935.38 | $ 202.95 | $ 4,036.94 |
| 3/1/2016 | 10/24/2016 | $ 2,138.33 | $ 1,935.38 | $ 202.95 | $ 4,239.89 |
| 4/1/2016 | 11/28/2016 | $ 3,901.70 | $ 1,935.38 | $ 1,966.32 | $ 6,206.21 |
| 5/1/2016 | 12/16/2016 | $ 2,138.33 | $ 1,935.38 | $ 202.95 | $ 6,409.16 |
| 6/1/2016 | 12/19/2016 | $ 1,002.30 | $ 1,935.38 | $ (933.08) | $ 5,476.08 |
| 7/1/2016 | 1/24/2017 | $ 2,138.33 | $ 1,935.38 | $ 202.95 | $ 5,679.03 |
| 8/1/2016 | 2/28/2017 | $ 2,138.33 | $ 1,935.38 | $ 202.95 | $ 5,881.98 |
| 9/1/2016 | 4/12/2017 | $ 2,138.33 | $ 1,935.38 | $ 202.95 | $ 6,084.93 |
| 10/1/2016 | 4/27/2017 | $ 2,138.33 | $ 1,935.38 | $ 202.95 | $ 6,287.88 |
| 11/1/2016 | 9/6/2017 | $ 2,138.33 | $ 2,058.39 | $ 79.94 | $ 6,367.82 |
| 12/1/2016 | 9/22/2017 | $ 2,138.33 | $ 2,058.39 | $ 79.94 | $ 6,447.76 |
| 1/1/2017 | 11/29/2017 | $ 2,138.00 | $ 2,058.39 | $ 79.61 | $ 6,527.37 |
| 2/1/2017 | 12/22/2017 | $ 2,138.00 | $ 2,058.39 | $ 79.61 | $ 6,606.98 |
| 3/1/2017 | 1/30/2018 | $ 2,138.00 | $ 2,058.39 | $ 79.61 | $ 6,686.59 |
| 4/1/2017 | 3/26/2018 | $ 2,138.00 | $ 2,058.39 | $ 79.61 | $ 6,766.20 |
| 5/1/2017 | 10/24/2018 | $ 4,566.62 | $ 2,058.39 | $ 2,508.23 | $ 9,274.43 |
| 6/1/2017 | 11/8/2018 | $ 2,283.31 | $ 2,058.39 | $ 42.39 | $ 9,316.82 |
| 7/1/2017 | | | $ 2,240.92 | $ (2,240.92) | $ 7,075.90 |
| 8/1/2017 | | | $ 2,240.92 | $ (2,240.92) | $ 4,834.98 |
| 9/1/2017 | | | $ 2,271.69 | $ (2,271.69) | $ 2,563.29 |
| 10/1/2017 | | | $ 2,271.69 | $ (2,271.69) | $ 291.60 |
| 11/1/2017 | | | $ 2,271.69 | $ (2,271.69) | $ (1,980.09) |
| 12/1/2017 | | | $ 2,271.69 | $ (2,271.69) | $ (4,251.78) |
| 1/1/2018 | | | $ 2,271.69 | $ (2,271.69) | $ (6,523.47) |
| 2/1/2018 | | | $ 2,271.69 | $ (2,271.69) | $ (8,795.16) |
| 3/1/2018 | | | $ 2,282.31 | $ (2,282.31) | $ (11,077.47) |
| 4/1/2018 | | | $ 2,282.31 | $ (2,282.31) | $ (13,359.78) |
| 5/1/2018 | | | $ 2,282.31 | $ (2,282.31) | $ (15,642.09) |
| 6/1/2018 | | | $ 2,282.31 | $ (2,282.31) | $ (17,924.40) |
| 7/1/2018 | | | $ 2,282.31 | $ (2,282.31) | $ (20,206.71) |
| 8/1/2018 | | | $ 2,282.31 | $ (2,282.31) | $ (22,489.02) |
| 9/1/2018 | | | $ 2,282.31 | $ (2,282.31) | $ (24,771.33) |
| 10/1/2018 | | | $ 2,282.31 | $ (2,282.31) | $ (27,053.64) |
| 11/1/2018 | | | $ 2,282.31 | $ (2,282.31) | $ (29,335.95) |
| 12/1/2018 | | | $ 2,282.31 | $ (2,282.31) | $ (31,618.26) |
| | | | $ - | $ - | $ (31,618.26) |
| | | | $ - | $ - | $ (31,618.26) |
| | | | $ - | $ - | $ (31,618.26) |
| | | | $ - | $ - | $ (31,618.26) |
| | | | $ - | $ - | $ (31,618.26) |
| | | | $ - | $ - | $ (31,618.26) |
| | | | $ - | $ - | $ (31,618.26) |
| | | | $ - | $ - | $ (31,618.26) |
| | | | $ - | $ - | $ (31,618.26) |
| | | | $ - | $ - | $ (31,618.26) |
| | | | $ - | $ - | $ (31,618.26) |
| | | | $ - | $ - | $ (31,618.26) |
| | | | $ - | $ - | $ (31,618.26) |
| | | | $ - | $ - | $ (31,618.26) |
| | | | $ - | $ - | $ (31,618.26) |
| | | | $ - | $ - | $ (31,618.26) |
| | | | $ - | $ - | $ (31,618.26) |
| 62 | 47 | $ 90,000.39 | $ 121,618.65 | $ (31,618.26) | |

| Due Date | P&I | Interest | Escrow | Total | Filed w/Courts |
|---|---|---|---|---|---|
| | | | | | |

| Loan Number | XXXXXX2960 |
|---|---|
| Debtor | Evelyn Connor |
| BK filed date | 11/9/2013 |
| BK Case # | 13-46751 |
| Loan Acquired | 11/16/2018 |
| Post Next Due | 11/1/2017 |
| Suspense | $ 291.60 |

| Due Date | Due Amount | # Months | Total Due |
|---|---|---|---|
| 11/1/17 - 2/1/18 | $2,271.69 | 4 | $ 9,086.76 |
| 3/1/18 - 12/1/18 | $2,282.31 | 10 | $ 22,823.10 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | Subtotal | $ 31,909.86 |
| | | Less Unapplied | $ 291.60 |
| | | Total to bring current | $ 31,618.26 |

$ 31,909.86
$ (31,618.26)
$ 291.60  unapplied

**Payment Address:**
Shellpoint Mortgage Servicing
PO Box 740039
Cincinnati, OH 45274-0039

**Overnight Payment Address:**
Shellpoint Mortgage Servicing
Attn Payment Processing
55 Beattie Place Ste 500MS•501
Greenville, SC 29601

Shellpoint Mortgage Servicing
PO Box 10826

Greenville, SC  29603-0826

Phone Number:      (800) 365-7107
Fax:                        (866) 467-1137

Email:   mtgbk@shellpointmtg.com

---

RE: Debtor 1    Evelyn Connor
    Debtor 2

Case No:    1346751

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 12/20/2018.

Eastern District of New York, Brooklyn Division
75 Clinton Street
Brooklyn, NY  11201

Marianne DeRosa
Standing Chapter 13 Trustee
125 Jericho Tpke
Suite 105
Jericho, NY  11753

Ehsanul Habib
118-21 Queens Blvd.
Suite 603
Forest Hills, NY  11375

Evelyn Connor

12001 235th St
Cambria Heights NY  11411

/s/ Carrie Dockter